Argued April 13, affirmed April 25, 1962

# BLEVENS *v.* FARNHAM
### 370 P. 2d 737

*William A. Babcock,* Portland, argued the cause for appellant. On the brief was Edwin A. York, Portland.

*Norman L. Easley,* Portland, argued the cause for respondent. On the brief were Seitz, Easley & Whipple, Portland.

Before McALLISTER, Chief Justice, and WARNER, SLOAN and O'CONNELL, Justices.

PER CURIAM.

This is an action for damages for personal injuries arising out of an automobile collision at a street intersection in Portland. The jury returned a verdict for defendant and plaintiff appeals. There are two assignments of error, neither of which has any merit.

The judgment is affirmed.